MICHAEL COSENTINO, State Bar No. 83253
Counsel for the United States
P.O. Box 129
Alameda, CA  94501
Telephone:   (510) 523-4702
Facsimile:   (510) 747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**,

                Plaintiff,

        v.

**DANIEL PARRIS MOULTRIE**, aka
**DANIEL P. MOULTRIE,**

                Defendant(s).
_____/

Case No. **CV20-08894 MAG**

**COMPLAINT**
US DEBT COLLECTION CASE
(Action by the United States
to recover benefit payments)
FRCP 26(1)(E)(v)

Plaintiff, through its attorney, alleges:

    1.    <u>Jurisdiction:</u>  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

    2.    Defendant resides in the Northern District of California.

    3.    Defendant owes plaintiff $24,000.00, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

    WHEREFORE, plaintiff demands judgment against defendant for the sum of $24,000.00, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and Administration Office fees and costs, totaling $400.00.

Date:  December 14, 2020

                                    /s/
                           MICHAEL COSENTINO
                           Attorney for the Plaintiff, United States of America

# MARITIME ADMINISTRATION
## U.S. DEPARTMENT OF TRANSPORTATION
### WASHINGTON, DC

## CERTIFICATE OF INDEBTEDNESS

Debtor's Name:      Daniel P. Moultrie

Debtor's SSN:

Address:
                          Antioch, CA 94509

Total debt due the United States as of April 3, 2020: $24,034.85. That amount includes
$24,000 in principal, and $34.85 in interest. Interest accrues at 1 percent annually, and
began to accrue on February 10, 2020.

I certify that Maritime Administration records show that the debtor named above is
indebted to the United States in the amount stated above.

The claim arose in connection with a Service Obligation Contract for State Maritime
Academy Midshipmen, executed on November 25, 2008.  The agreement provides that in
consideration for Student Incentive Payments, the individual shall, *inter alia*, have three
years of qualifying employment; submit an annual compliance report for a minimum of
seven years after graduation; and serve in a Reserve component of an armed force of the
United States for six years following graduation. The agreement further provides that the
individual shall reimburse the Federal Government for the cost of the education received
at the Academy in the event he fails to meet that obligation. The Debtor has failed to
fulfill those terms of the service obligation contract.

Upon receiving information that the Debtor was not in compliance with the terms of this
contract, the Maritime Administration issued a default determination on or around
February 10, 2020.  The Debtor failed to appeal the Maritime Administration's default
determination pursuant to 46 C.F.R. § 310.7, so that default determination therefore
constitutes final agency action.

CERTIFICATION:  Pursuant to 28 USC § 1746, I certify under penalty of perjury that
the foregoing is true and correct.

CHRISTOPHER       Digitally signed by CHRISTOPHER
CLARY WAHLER      CLARY WAHLER
                  Date: 2020.04.03 05:27:10 -04'00'          3 April 2020

Christopher Wahler
Director, Office of Maritime Labor and Training

EXHIBIT 

JS 44   (Rev. 12/12) ( cand rev 1/13/13)   **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | DANIEL PARRIS MOULTRIE aka DANIEL P. MOULTRIE |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant **CONTRA COSTA** |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
|  | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| LAW OFFICE OF MICHAEL COSENTINO<br>P.O. BOX 129, ALAMEDA, CA 94501<br>(510)523-4702  CASBN 83253 |  |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

x  1   U.S. Government
      Plaintiff

☐ 2   U.S. Government
      Defendant

☐ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| x 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise |  |  | ☐ 791 Employee Retirement Income Security Act |  | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

x 1  Original
     Proceeding

☐ 2 Removed from
     State Court

☐  3   Remanded from
       Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6  Multidistrict
      Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
46 U.S.C. § 51509
Brief description of cause:
US DEBT COLLECTION-RECOVER BENEFIT PAYMENTS

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  24,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:         ☐ Yes   x No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)** San Francisco

DATE                                SIGNATURE OF ATTORNEY OF RECORD

December 14, 2020                   /s/